105 A.3d 1255

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Dustin Ford BRIGGS, Appellant.**

Supreme Court of Pennsylvania.

Dec. 15, 2014.

Cristi A. Charpentier, Federal Community Defender Office, Eastern District of PA, Philadelphia, for Dustin Ford Briggs.

James Patrick Barker, Office of the Attorney General, for Commonwealth of Pennsylvania.

Jennifer Anne Peterson, PA Office of the Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

Amy Zapp, Pennsylvania Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of December, 2014, the Petition for Review or, in the Alternative, Notice of Appeal is denied.